FILED
CLERK, U.S. DISTRICT COURT

September 7, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

JS-6

1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | TANIA CAMPBELL, on behalf of herself and all others similarly situated, | ) | Case No.  2:15-cv-02860-SJO-MRW |
|---|---|---|---|
| 12 | | ) | Judge:  Hon. S. James Otero |
| 13 | Plaintiff, | ) | Dept.:  1 |
| 14 | vs. | ) | **ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| 15 | CHIQUITA BRANDS INTERNATIONAL, INC., a New Jersey corporation, | ) | |
| 16 | | ) | |
| 17 | Defendant. | ) | Compl. Filed:  April 17, 2015 First Am. Compl. filed:  July 20, 2015 |

18
19
20
21
22
23
24
25
26
27
28

1    Having considered the Stipulation for Voluntary Dismissal Pursuant to Federal

2  Rule of Civil Procedure 41(a)(1)(A)(ii), entered into between Plaintiff Tania Campbell

3  and Defendant Chiquita Brands International, Inc., and good cause appearing:

4    IT IS HEREBY ORDERED as follows:

5    1.    This action shall be dismissed without prejudice.

6    2.    The statute of limitations as to each cause of action in Plaintiff's First

7  Amended Complaint is tolled during the pendency of this action, which commenced

8  on April 17, 2015, and for one year from the date of entry of this order; and

9    3.    Each party will bear its own attorneys' fees and costs.

10                                    *S. James Otero*

11  Dated: September 7, 2015.        _____

12                                         Hon. S. James Otero
                                     United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL
CASE NO.  2:15-cv-02860-SJO-MRW

281858 V1